PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINNEA HARDLUND <br><br> Defendant. | Case No. 1:22-po-00110-SAB <br><br> [Citation # F52566918 CA/4B] <br><br> MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00110-SAB [Citation # F52566918 CA/4B] against LINNEA HARDLUND, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 16, 2022         Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  United States Attorney

                            By:   /s/ *Alexandre Dempsey*
                                  ALEXANDRE DEMPSEY
                                  Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00110-SAB [Citation # F52566918 CA/4B] against LINNEA HARDLUND be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **September 16, 2022**

_____
UNITED STATES MAGISTRATE JUDGE